UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  THE MATTER OF MONIES ON DEPOSIT IN ACCOUNTS AT STEARNS BANK NATIONAL ASSOCIATION | CASE NO.:  06-CV-00542 JRT/RLE<br><br>**ORDER REGARDING INTERVENTION** |

Stephanie Ann Ball, **FRYBERGER BUCHANAN SMITH & FREDERICK, PA**, 302 W Superior Street, Suite 700, Duluth, Minnesota 55802, for Petitioner.

Alise M Johnson, **US SECURITIES AND EXCHANGE COMMISSION**, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131, for Securities and Exchange Commission.

Charles E Jones and Erica Gutmann Strohl, **MEAGHER & GEER, PLLP**, 33 South Sixth Street, Suite 4200, Minneapolis, Minnesota 55402 for Diana Steinger

Pursuant to the Stipulation (Docket No. 33) of interested parties Diana Steinger and the Securities and Exchange Commission dated May 15, 2006, this Court hereby orders as follows:

1. The Securities and Exchange Commission is hereby permitted to intervene in this matter, pursuant to Fed. R. Civ. P. 24(a)(2), to assert whatever claim it may have to some or all of the monies on deposit.

2. Diana Steinger is hereby permitted to intervene in this matter, pursuant to Fed. R. Civ. P. 24(a)(2), to assert whatever claim she may have to some or all of the monies on deposit.

DATED:  June 30, 2009
at Minneapolis, Minnesota.

                                                                              s/John R. Tunheim_____
                                                                                JOHN R. TUNHEIM
                                                              United States District Judge